## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Thomas v. TXX Services, Inc. _____ Docket No.: 15-3424-cv _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Edwin G. Schallert

Firm: Debevoise & Plimpton LLP

Address: 919 Third Avenue

Telephone: 212-909-6000                Fax:

E-mail: egschallert@debevoise.com

**Appearance for:** TXX Services, Inc. and Patricia Dougan Hunt

(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jeffrey W. Pagano, Crowell & Moring LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Edwin G. Schallert

Type or Print Name: Edwin G. Schallert