15-3424-cv
*Thomas v. TXX Servs., Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## ORDER

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of November, two thousand sixteen.

PRESENT:  DENNY CHIN,
             SUSAN L. CARNEY,
                      *Circuit Judges*,
             BRIAN M. COGAN,
                      *District Judge*.[*]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CECIL THOMAS, individually and on behalf of all others similarly situated, JOHN DEAN, individually and on behalf of all others similarly situated,
                      *Plaintiffs-Appellants*,

MUHAMMAD ASIF, NARESH BOORANI, MARK BOURNE, EDGAR CAMPOS, JOSE H. CANCELA, CUSH RACK CUNNINGHAM, SOLOMON DESNOES, OSCAR F. GONZALEZ, JAMES CORNELIUS GRANT, DONALD HENDRICKS, CARL HENRY, KORHAN KIZIL, DERELL LEWIS, WINSTON LINDSAY, ROSA MARIN, GONZALO V. MORALES, ANITA MOROCHO, PATRICIA E. MUNOZ, VICTOR A. OGUNBEDEDE, ALMA D. POPOCOL, ANDREW THOMPSON, IAN GEORGE THOMPSON, IREAL B. WADADA, COURTNEY SMITH, NICHOLAS BARATTA, IBRAHIM TAKANE, MARLON OLIVEIRA, MANUEL A. MIRANDA, BRANNE GONZALEZ, HAMILTON

---

[*]  Judge Brian M. Cogan, United States District Court for the Eastern District of New York, sitting by designation.

VASCO, WUILINTON MEJIA, DIOGENES A.
GARCIA, AUDRE MAURICE HOLMES, HECTOR
RODOLFO MARTINE ANDRADE, LAMONTE
DAVID DEFRECCE, JOSEPH MORRIS, RUPPERTO
PIZZO, TERENCE TOMLIN, LIONEL SMITH, LUIS
D. FLORES, ISIDORO D. DIZON, JR., ERNST
DENIZARD, OSCAR RODRIGUEZ, GERMAN A.
MORAN RIOS, TEJDHARI RAGHUBIR, THOMAS J.
GARGER, BORIS BABAEW, ADRIANA
ORTELLADO, DENIZHAN OZTURK, ALEJANDRO
SOLIS, HECTOR R. MARTINEZ, JOSE E. PICO,
JOSE PLUTARCO PICO-ALVIA, DAISY E.
ALVANADO, KARL DONOVAN BUCKLE, WON S.
HAN, ABRAHIEM MOHAMAD, DEXTER C.
ALEXANDER, LESTER ALEXANDER, LUIS
XAVIER VILLALVA, ROBERT PERDUE, HARPAL
SAWHNEY, EDUARDO FERNANDEZ, STEPHEN
ANTHONY JOHN, MUHAMMAD ASHIQ,
KONSTANTINOS VASILIOU, RICHARD S.
ARMSTRONG, TYRONE DAVIS, ELWOOD
CHAPMAN, OLIVER JACQUES SIMON, DEGOU
GEORGE PAUL, HECTOR R. MARTINEZ,

*Plaintiffs,*

v.                                        15-3424-cv

TXX SERVICES, INC., PATRICIA DOUGAN HUNT,
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FOR PLAINTIFFS-APPELLANTS:     Denise A. Schulman, D. Maimon
                               Kirschenbaum, Joseph & Kirschenbaum LLP,
                               New York, New York.

FOR DEFENDANTS-APPELLEES:      Jeffrey W. Pagano, Ira M. Saxe, Crowell &
                               Moring LLP, New York, New York, *and* Edwin
                               G. Schallert, John Gleeson, Debevoise &
                               Plimpton LLP, New York, New York.

- 2 -

On October 25, 2016, we entered a summary order vacating the district court's judgment and remanding the case for further proceedings. Defendants-appellees thereafter petitioned for rehearing.

The petition for rehearing is denied. Defendants argue, in the alternative, that we should affirm summary judgment as to the individual defendant, Patricia Dougan Hunt, because, in their view, plaintiffs have not presented any evidence concerning her involvement in the actions on which they base their claims. The district court, however, having granted summary judgment to all defendants on other grounds, did not address this argument as to Hunt.

We therefore clarify that our decision to vacate the district court's award of summary judgment as to all defendants is without prejudice to Hunt's renewal of her motion for summary judgment in the district court after remand, on the grounds argued on appeal or other grounds not already raised.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



- 3 -